EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 95 |
| Rafael H. Román Jiménez | 174 DPR _____ |

Número del Caso: TS-9606

Fecha: 22 de mayo de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Reinstalación
        (Resolución Nunc Pro Tunc)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex
Parte

                                    9606

Rafael H. Román Jiménez

                            RESOLUCIÓN
                            NUNC PRO TUNC

San Juan, Puerto Rico, a 22 de mayo de 2008

    Se enmienda la Resolución de 15 de mayo de 2007, para que lea como sigue:

    "En San Juan, Puerto Rico, a 15 de mayo de 2008".

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo